# Court of Appeals
# of the State of Georgia

ATLANTA,  August 30, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2521.  DEANA J. JORDAN v. CAPITAL ONE BANK (USA) N. A.**

**A12A2522.  DEANA J. JORDAN v. CAPITAL ONE BANK (USA) N. A.**

Capital One Bank filed a suit on account against Deana Jordan.  The trial court granted summary judgment to Capital One Bank, awarding the principal amount of $1,895.62, attorney fees of $221.78, interest of $72.22, and $259.00 in court costs. In Case No. A12A2521, Jordan appealed the order granting summary judgment, and in Case No. A12A2522, she appealed the order of the court denying her request for a rehearing.   We lack jurisdiction.

The discretionary appeal procedure is required where a money judgment in an action for damages totals $10,000.00 or less. See OCGA § 5-6-35 (a) (6).  Because Jordan failed to follow the required procedure, this Court lacks jurisdiction to consider her appeal.  See *Hill v. Rose Electric Co.*, 220 Ga. App. 603 (469 SE2d 844) (1996). Additionally, Jordan's motion for rehearing was a motion for reconsideration. As such, the order denying the motion is not directly appealable.  See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 511 (536 SE2d 187) (2000).   Accordingly, Jordan's appeals are hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 08/30/2012
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.


, Clerk.